UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIFTH THIRD BANK, an Ohio banking )
corporation, successor by merger to Fifth )
Third Bank, a Michigan banking corporation, )
)
      Plaintiff, )
)
vs. )
)   Case No. 8:12-cv-00364-VMC-MAP
ANCHOR INVESTMENT CORPORATION )
OF FLA., a Florida corporation; LAWRENCE )
T. MAXWELL, an individual; and WILLIAM )
D. DROST, an individual )
)
      Defendants. )

## AMENDED NOTICE OF LIS PENDENS

**\*\*THIS AMENDED NOTICE OF LIS PENDENS SUPERSEDES AND REPLACES THE NOTICE OF LIS PENDES RECORDED AT OFFICIAL RECORDS BOOK 8596, PAGE 1327 OF THE PUBLIC RECORDS OF POLK COUNTY, FLORIDA, INSTRUMENT NUMBER 2012040906.**

**TO THE DEFENDANTS ABOVE NAMED
AND ALL OTHERS WHOM IT MAY CONCERN**

    **YOU ARE NOTIFIED OF THE FOLLOWING:**

    a. The plaintiff has instituted this action against you for foreclosure of a mortgage and an assignment of rents instrument with respect to the property described below;

    b. The plaintiff in this action is Fifth Third Bank;

    c. The case number of this action is as shown in the caption;

    d. The property that is the subject matter of this action is in Polk County, Florida and is described as follows:

4838-4148-5327.1

**SEE ATTACHED EXHIBIT A.**

Dated: March 26, 2012

Respectfully submitted,

/s/ Mark J. Wolfson
Mark J. Wolfson (FBN 0352756)
mwolfson@foley.com
Christina Y. Taylor (FBN 0057616)
cytaylor@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone: 813.229.2300
Facsimile: 813.221.4210

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following via the Court's CM/ECF system this 26th day of March, 2012:

J. Kemp Brinson, Esq.
Clark, Campbell, MaWhinney & Lancaster, PA
500 S. Florida Ave., Suite 800
Lakeland, FL 33801
Email: kbrinson@ccmattorneys.com

Alan L. Perez, Esq.
Saunders Law Group
PO Box 1279
Bartow, FL 33831-1279
Email: alan@saunders-law.com

/s/ Mark J. Wolfson
Mark J. Wolfson

2

4838-4148-5327.1

## EXHIBIT A

"Borrower" refers to Anchor Investment Corporation of Fla., a Florida corporation.

---

All of the estate, right, title, interest, claim or demand of Borrower, either at law or in equity, in and to (a) all of the rents, revenues, income, profits, and other benefits now or hereafter arising from the occupancy, use, and enjoyment of the real property described below; and (b) all leases and security deposits relating to or arising out of the real property described below, including any proceeds from any purchase options contained in any such leases, whether now or hereafter made, executed and delivered, whether written or verbal:

All that part of the North 1/2 of the South 1/2 of the NW 1/4 of the SE 1/4 of Section 34, Township 27 South, Range 23 East, Polk County, Florida, lying East of SR-35-A.

4838-4148-5327.1