UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, successor by merger to Fifth Third Bank, a Michigan banking corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ANCHOR INVESTMENT CORPORATION OF FLA., a Florida corporation; LAWRENCE T. MAXWELL, an individual; and WILLIAM D. DROST, an individual,<br><br>        Defendants. | Case No. 8:12-cv-00364-VMC-MAP |

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that a mediation in the above referenced cause has been scheduled by agreement of the parties for **August 23, 2012**, beginning at **9:30 a.m.** with **Jeffrey W. Warren**, Esq., as mediator, to be held at the offices of **Bush Ross, P.A., 1801 North Highland Avenue, Tampa, FL 33602, (813) 224-9255.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document through the Court's CM/ECF system on July 6, 2012, which will send notice of electronic filing to the following:

J. Kemp Brinson, Esq.
Clark, Campbell, MaWhinney & Lancaster, PA
Suite 800
500 S. Lakeland Avenue
Lakeland, FL 33801
Email: kbrinson@clarkcampbell-law.com

4836-1584-7440.1

Alan L. Perez, Esq.
Saunders Law Group
P.O. Box 1279
Bartow, FL  33831-1279
Email:  alan@saunders-law.com

William F. Jung, Esq.
Jung & Sisco, PA
101 E. Kennedy Blvd., Suite 3920
Tampa, FL  33602
Email:  wjung@jungandsisco.com

          /s/ Mark Wolfson, Esq.
          Mark J. Wolfson (FBN 0352756)
          mwolfson@foley.com
          Jennifer Hayes (FBN 017325)
          Foley & Lardner LLP
          jhayes@foley.com
          100 North Tampa Street, Suite 2700
          Tampa, FL  33602-5810
          Telephone:  813.229.2300
          Facsimile:  813.221.4210
          Attorney for Fifth Third Bank

2

4836-1584-7440.1