UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, an Ohio banking corporation, successor by merger to Fifth Third Bank, a Michigan banking corporation, <br><br>  Plaintiff, <br><br> vs. <br><br> ANCHOR INVESTMENT CORPORATION OF FLA., a Florida corporation; LAWRENCE T. MAXWELL, an individual; and WILLIAM D. DROST, an individual, <br><br>  Defendants. | Case No. 8:12-cv-00364-VMC-MAP |

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that a mediation in the above referenced cause has been scheduled by agreement of the parties for **August 23, 2012**, beginning at **9:30 a.m.** with **Marsha G. Rydberg**, **Esq.,** as mediator, to be held at the offices of **The Rydberg Law Firm, P.A., One Tampa City Center, Suite 1625, 201 N. Franklin St., Tampa, FL 33602, (813) 221-2800.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document through the Court's CM/ECF system on July 18, 2012, which will send notice of electronic filing to the following:

J. Kemp Brinson, Esq.
Clark, Campbell, MaWhinney & Lancaster, PA
Suite 800
500 S. Lakeland Avenue
Lakeland, FL  33801
Email:  kbrinson@clarkcampbell-law.com

4833-1629-0832.2

Alan L. Perez, Esq.
Saunders Law Group
P.O. Box 1279
Bartow, FL 33831-1279
Email: alan@saunders-law.com

William F. Jung, Esq.
Jung & Sisco, PA
101 E. Kennedy Blvd., Suite 3920
Tampa, FL 33602
Email: wjung@jungandsisco.com

/s/ Mark Wolfson, Esq.
Mark J. Wolfson (FBN 0352756)
mwolfson@foley.com
Jennifer Hayes (FBN 017325)
Foley & Lardner LLP
jhayes@foley.com
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone: 813.229.2300
Facsimile: 813.221.4210
Attorney for Fifth Third Bank