```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

FIFTH THIRD BANK,

    Plaintiff,
v.
                              Case No. 8:12-cv-364-T-33MAP

ANCHOR INVESTMENT CORPORATION OF
FLA., ET AL.,

    Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 39) filed on July 18, 2012, and in accordance with the rules governing mediation set forth in Chapter Nine of the Local Rules for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **appointed** by the Court to serve as Mediator in this action:

| | |
|---|---|
| **Name of Mediator:** | Marsha G. Rydberg, Esq. |
| **Address:** | The Rydberg Law Firm, P.A.<br>201 N. Franklin Street<br>Suite 1625<br>Tampa, Florida 33602-5113 |
| **Telephone:** | (813) 221-2800 |

By agreement of the parties, the mediation conference is scheduled for **9:30 a.m. on August 23, 2012**, at the offices of the mediator stated above.

The parties are directed to mediate in good faith and to devote as much time as is necessary to fully and faithfully explore all settlement possibilities.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of July, 2012.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

Mediator: Marsha G. Rydberg, Esq.
         The Rydberg Law Firm, P.A.
         201 N. Franklin Street
         Suite 1625
         Tampa, Florida 33602-5113